*E-Filed 4/22/10*

1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   JOSE SOTO-ALVARADO

6

7

8           IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    | CASE NO.  10CR-00223 RS
11 |         Plaintiff,           | STIPULATION TO CONTINUE
   |                              | STATUS HEARING AND
12 |    vs.                       | [proposed] ORDER THEREON
13 | JOSE SOTO-ALVARADO,
14 |         Defendant.

15

16    It is hereby stipulated by and between counsel for the UNITED STATES,

17 DAVID PAXTON, Esq., and counsel for Defendant, JOSE SOTO-ALVARADO,

18 JERRY Y. FONG, Esq., that the status hearing set for April 27, 2010, at 10:00

19 am be continued until May 4, 2010, at 10:00 am, in order that the parties may

20 engage in further plea negotiations.

21    The parties also stipulate and agree that the period from the date of the

22 lodging of this Stipulation, through and including May 4, 2010 shall be excluded

23 from all Speedy Trial Act calculations pursuant to 18 USC Section

24 3161(h)(8)(B)(iv).

25    IT IS SO STIPULATED.

26 DATED:  April 22, 2010              CAREY & CAREY

27

28                                     /s/
                                       JERRY Y. FONG, Attorneys for
                                       Defendant JOSE SOTO-ALVARADO

                                    1
       STIPULATION TO CONTINUE STATUS HEARING AND PROPOSED ORDER THEREON

1
2   DATE:  April 22, 2010                    UNITED STATES OF AMERICA
3
4                                            _____/s/_____
                                             DAVID PAXTON, Assistant U.S. Attorney
5
6
7                                    ORDER
8
9     GOOD CAUSE APPEARING THEREFORE, and based upon the stipulation
10  of the parties, it is hereby ordered that the status hearing presently scheduled
11  for April 27, 2010 at 10:00 am. be continued to May 4, 2010, at 10:00 am.
12     IT IS FURTHER ORDERED that the period from the date of the lodging of
13  this Stipulation, through and including May 4, 2010, shall be excluded from all
14  Speedy Trial Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).
15     IT IS SO ORDERED.
16
17
18  DATED:  ___4/22____, 2010           _____
                                        HON. RICHARD SEEBORG
19                                      U.S. DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28

2
STIPULATION TO CONTINUE STATUS HEARING AND PROPOSED ORDER THEREON